No. 78–6117.  SMITH v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–6124.  LYNCH ET AL. v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 78–6136.  SHEPHERD v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–6146.  FAIRORTH v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–718.  CROATAN BOOKS, INC. v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 78–757.  ECHOLS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 78–775.  NEW YORK v. TOMPKINS.  Ct. App. N. Y. Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 78–960.  COLLINS v. UNITED STATES.  C. A. 10th Cir. Motion of petitioner to supplement petition granted.  Certiorari denied.

No. 78–982.  SPECTROFUGE CORP. v. BECKMAN INSTRUMENTS, INC.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE WHITE would grant certiorari.

No. 78–1030.  EPSTEIN ET AL. v. GOODMAN ET AL.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.